In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-486 CR


____________________



JAJUAN DONNELL CAMPBELL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 06-03-02974 CR






 MEMORANDUM OPINION 


 We have before the Court a motion from the appellant, Jajuan Donnell Campbell, to
withdraw his notice of appeal. See Tex. R. App. P. 42.2. The motion is signed by the
appellant personally. No opinion has issued in this appeal. The motion is granted, and the
appeal is dismissed.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered February 14, 2007

Do Not Publish

Before McKeithen , C.J., Gaultney and Horton, JJ.